UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIUDMYLA IEGOROVA, | No. 2:19-cv-1512-MCE-KJN PS |
| Plaintiff, | ORDER |
| v. | |
| DANIIL FEYGAN, | |
| Defendant. | |

On October 7, 2019, the magistrate judge filed findings and recommendations (ECF No. 5), which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen (14) days. No objections were filed.

Accordingly, the court presumes that any findings of fact are correct. See Orand v. United States, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).

The Court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the findings and recommendations in full. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 5) are ADOPTED in full;

2. Plaintiff's Complaint (ECF No. 1) is DISMISSED for lack of subject matter jurisdiction pursuant to the substantiality doctrine;

3. Plaintiff's motion to proceed in forma pauperis (ECF No. 2) is DENIED as moot;

4. Plaintiff is DECLARED a Vexatious Litigant;

5. The Court ISSUES a pre–filing order as described in Section II.D of the Magistrate Judge's Findings and Recommendations; and

6. The Clerk of the Court is ordered to CLOSE this case.

IT IS SO ORDERED.

Dated: October 29, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE